*Court of Appeals*
*Fourth Court of Appeals District of Texas*



# MEMORANDUM OPINION

No. 04-12-00201-CV

**CITY OF SAN ANTONIO PARKS AND RECREATION DEPT.**,
Appellant

v.

Joann **CARREON**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-01232
Honorable Victor Hugo Negron Jr., Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Justice
    Phylis J. Speedlin, Justice
    Rebecca Simmons, Justice

Delivered and Filed:  June 6, 2012

DISMISSED

   The appellant has filed an unopposed motion to dismiss this appeal.  We grant the motion

and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

           PER CURIAM